THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:19-cr-00233-RAJ |
| Plaintiff, | |
| v. | ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL |
| SAMUEL McKEEMAN, | |
| Defendant. | |

THE COURT, having received and reviewed the unopposed motion to file defendant's Sentencing Memorandum and accompanying exhibits under seal, and being familiar with the records and files herein, and finding good cause, hereby orders the following:

It is hereby ORDERED that the Defendant's Motion (Dkt. #22) is GRANTED. Defendant Samuel McKeeman is given leave to file his Sentencing Memorandum and accompanying exhibits under seal.

DATED this 7th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE
SENTENCING MEMORANDUM UNDER SEAL
(CASE NO. 2:19-cr-00233-RAJ) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224