THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL McKEEMAN,<br><br>Defendant. | NO. 2:19-cr-00233-RAJ<br><br>ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR CONVERSION OF SENTENCE UNDER SEAL |

THE COURT, having received and reviewed the unopposed motion to file defendant's Motion for Conversion of Sentence and accompanying exhibits under seal, and being familiar with the records and files herein, hereby orders the following:

It is hereby ORDERED that the Defendant's Motion (Dkt. #28) is GRANTED and defendant Samuel McKeeman is given leave to file his Motion for Conversion of Sentence and accompanying exhibits under seal.

DATED this 18th day of August, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO SEAL
(CASE NO. 2:19-cr-00233-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224