THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMUEL MCKEEMAN,<br><br>  Defendant. | NO.  2:19-cr-00233-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE |

THIS COURT, having reviewed Defendant Samuel McKeeman's Unopposed Motion for Extension of Self-Surrender Date, and the records and files in this case, and finding good cause,

IT IS NOW ORDERED that Defendant's Unopposed Motion for Extension of Self-Surrender Date (Dkt. #36) is GRANTED.  The Court ORDERS that the defendant's report date is extended from October 19, 2020 to January 4, 2021.  He is directed to report on that date to the Federal Detention Center, Seattle, Washington to begin commencement of his sentence.

DATED this 14th day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE
(CASE NO. 2:19-cr-00233-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224