THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:19-cr-00233-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF SELF-SURRENDER DATE TO JUNE 14, 2021 |
| SAMUEL MCKEEMAN, | |
| Defendant. | |

THIS COURT, having reviewed Defendant Samuel McKeeman's Fourth Unopposed Motion for Extension of Self-Surrender Date, and the records and files in this case, and finding good cause,

IT IS NOW ORDERED that Defendant's Fourth Unopposed Motion for Extension of Self-Surrender Date (Dkt. # 42) is GRANTED. The Court ORDERS that the defendant's report date is extended from May 31, 2021 to June 14, 2021. He is directed to report on that date to the Federal Detention Center, Seattle, Washington to begin commencement of his sentence. Absent extraordinary circumstances, there will be no further extensions of defendant's report date.

DATED this 27th day of May, 2021.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF SELF-SURRENDER DATE (CASE
NO. 2:19-cr-00233-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 407-2200   FAX, (206) 407-2224