Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL MCKEEMAN,<br><br>　　　　　　　　Defendant. | No. 2:19-cr-00233-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS COURT, having reviewed Defendant Samuel McKeeman's Unopposed Motion for Early Termination of Supervised Release, and the records and files in this case, and finding good cause,

IT IS NOW ORDERED that Defendant Samuel McKeeman's Unopposed Motion for Early Termination of Supervised Release (Dkt. 49) is GRANTED.

IT IS SO ORDERED.

DATED this 12th day of June, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
(Case No. 2:19-cr-00233-RAJ) – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816